UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM HAMES,<br><br>       Plaintiff,<br><br>     -against-<br><br>SIRIUS XM RADIO INC.,<br><br>       Defendant. | 1:24-cv-5314-MKV<br><br>**ORDER DENYING MOTION**<br>**FOR DEFAULT JUDGMENT**<br>**WITHOUT PREJUDICE** |

MARY KAY VYSKOCIL, United States District Judge:

  On May 12, 2025, the Court held a hearing on Plaintiff's motion for a default judgment [ECF No. 15]. The motion is DENIED without prejudice to renewal by June 26, 2025. IT IS HEREBY ORDERED that Plaintiff shall make diligent efforts to place Defendant on actual notice of this action. IT IS FURTHER ORDERED that any renewed motion for a default judgment must include an affidavit attesting to Plaintiff's diligent efforts.

  The Clerk of Court respectfully is requested to terminate the motion at ECF number 15.

**SO ORDERED.**

Date: **May 12, 2025**
   **New York, NY**

                  _____
                  **MARY KAY VYSKOCIL**
                  **United States District Judge**